# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERSES MEGUERDITCHIAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDEX CORPORATION, FEDERAL ) <br> EXPRESS CORPORATION, AND ) <br> DOES 1 through 100, Inclusive. ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO: CV12-07649-JCG(VBKx) <br><br> [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION DISMISSING ENTIRE ACTION WITH PREJUDICE |

The parties having so stipulated, IT IS ORDERED that entire above-referenced action entitled *Nerses Meguerditchian v. FedEx Corporation, et al.,* USDC Case No., CV-12-07649-JCG(VBKx) is hereby dismissed with prejudice, and each party shall bear their own costs and attorney's fees.

Dated: May 20, 2014  _____
THE HONORABLE JAY C. GANDHI
U.S. MAGISTRATE JUDGE

1

Nerses Meguerditchian v. Fedex Corporation, et al.
CV12-07649-JCG(VBKx)

[PROPOSED] ORDER GRANTING JOINT STIPULATION DISMISSING ENTIRE ACTION WITH PREJUDICE